UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TESFAST, L.L.C., ALEX KATZ, AARON
KRAMINER, JOSEPH KRAUSZ, and SIMON
APEL,

                                Plaintiffs,                    **ORDER**

      - against -                                          No. 23-CV-249 (CS)

FASTMED, INC., YONAH CARLEBACH, DR.
RICHARD AFONJA, and ERIC BOBER,

                                Defendants.
-------------------------------------------------------------x

Seibel, J.

      For reasons set forth at the status conference today, with counsel for all parties agreeing the case should be venued in the District of New Jersey, it is hereby ORDERED that this case be transferred forthwith to the United States District Court for the District of New Jersey. The waiting period of Local Rule 83.1 shall not apply.

**SO ORDERED.**

Dated: July 5, 2023
       White Plains, New York

                                                          _____
                                                            CATHY SEIBEL, U.S.D.J.